## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., PEBBLE LIMITED PARTNERSHIP, PEBBLE WEST CLAIMS CORP., and PEBBLE EAST CLAIMS CORP., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | Case No. 24-397 L |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
## (RULE 7.1 DISCLOSURE)

Northern Dynasty Minerals Ltd. is a Canadian company, publicly traded on the Toronto Stock Exchange and the NYSE American exchange. No publicly traded company owns more than 10% of Northern Dynasty Minerals Ltd. or has more than a 10% interest in it.

Pebble Limited Partnership is an Alaska limited partnership. Northern Dynasty Partnership, an Alaska limited partnership, and Pebble Mines Corporation, a Delaware corporation, directly own Pebble Limited Partnership. Northern Dynasty Minerals Ltd. indirectly owns 100% of Pebble Limited Partnership.

Pebble West Claims Corporation is an Alaska corporation that is a direct, wholly-owned subsidiary of Pebble Limited Partnership. Northern Dynasty Minerals Ltd. indirectly owns 100% of Pebble West Claims Corporation.

Pebble East Claims Corporation is an Alaska corporation that is a direct, wholly-owned subsidiary of Pebble Limited Partnership. Northern Dynasty Minerals Ltd. indirectly owns 100% of Pebble East Claims Corporation.

| | |
|---|---|
| Dated March 14, 2024 | /s/ Keith Bradley |
| | Keith Bradley, Attorney of Record |
| | ScheLeese Goudy, Of Counsel |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 717 17th Street, Suite 1825 |
| | Denver, Colorado 80202 |
| | (303) 830-1776 |
| | (303) 894-9239 (facsimile) |
| | keith.bradley@squirepb.com |
| | scheleese.goudy@squirepb.com |
| | |
| | Jeffrey M. Walker, Of Counsel |
| | Katherine E. Wenner, Of Counsel |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 2000 Huntington Center |
| | 41 South High Street |
| | Columbus, Ohio 43215 |
| | (614) 365-2700 |
| | (614) 365-2499 (facsimile) |
| | jeffrey.walker@squirepb.com |
| | katherine.wenner@squirepb.com |
| | |
| | *Attorneys for Plaintiffs* |