IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | Civil Action No: 1:24-cv-397-EGB<br><br>Senior Judge Eric G. Bruggink |

## NOTICE OF RELATED CASES

Pursuant to Rule 40.2(a)(3)(B)(ii), the State of Alaska provides a copy of the Notice of Related Cases that it filed in *Alaska v. United States*, No. 1:24-cv-396-RAH, attached as Exhibit A.

1

Respectfully submitted,

Dated: March 19, 2024          /s/ J. Michael Connolly

J. Michael Connolly
  *Counsel of Record*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
mike@consovoymccarthy.com

*Of Counsel*

TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (*pro hac vice application forthcoming*)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5232
ron.opsahl@alaska.gov

Steven Begakis
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
steven@consovoymccarthy.com

*Counsel for the State of Alaska*