# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al., | Case No. 24-397L |
| Plaintiffs, | Judge Eric G. Bruggink |
| v. |  |
| THE UNITED STATES OF AMERICA, |  |
| Defendant. |  |

## NOTICE OF APPEARANCE

To the Clerk of Court:

In accordance with Rule 83.1(c) of the Rules of the United States Court of Federal Claims, please enter the appearance of Brian R. Herman as attorney of record for defendant the United States of America in the above-captioned case. Service of all papers other than those filed through the court's CM/ECF system, when sent by U.S. Mail, should be addressed:

> Brian R. Herman
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044-7611

Overnight and hand deliveries should be addressed:

> Brian R. Herman
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 150 M St. N.E.
> Washington, D.C. 20002

Respectfully submitted this 22nd day of March, 2024,

        TODD KIM
        Assistant Attorney General

        *s/ Brian R. Herman*
        BRIAN R. HERMAN
        Senior Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 305-0422
        (202) 305-0275 (facsimile)
        Brian.Herman@usdoj.gov