# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al., | Case No. 24-397L |
| Plaintiffs, | Senior Judge Eric G. Bruggink |
| v. |  |
| THE UNITED STATES OF AMERICA, |  |
| Defendant. |  |

**THE UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

In accordance with Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States moves the Court for an order extending its time to respond to Plaintiffs' complaint to August 26, 2024. In support thereof, it states as follows:

1. Plaintiffs filed their complaint on March 14, 2024. ECF No. 1

2. The United States' response to Plaintiffs' complaint is due July 12, 2024. ECF No. 9.

3. The United States needs additional time to finalize and file its response with the Court. The nature of this case requires extensive review within the Department of Justice. Because of planned summer leave, including around the recent July 4th holiday, as well as the press of other business, that review has not yet finished. The United States therefore needs additional time so that appropriate personnel can fully review the United States' response. Additional time is also necessary because undersigned counsel has oral argument on summary judgment in *Mississippi v. United States*, No. 19-231 (Fed. Cl.), scheduled for July 11, one day before the United States' response is due in this case.

4.     The United States thus respectfully requests an extension of forty-five days, to August 26, 2024, to respond to Plaintiffs' complaint. This is the United States' second request for an extension of this deadline. The United States previously requested (ECF No. 8) and the Court granted (ECF No. 9) an extension of sixty days.

5.     The United States conferred with counsel for Plaintiffs, who informed the United States that Plaintiffs have no objection to the United States' request.

Accordingly, for the reasons set forth above, the United States requests that the Court enlarge its time for responding to Plaintiffs' complaint by forty-five days, to August 26, 2024.

Respectfully submitted this 9th day of July, 2024,

TODD KIM
Assistant Attorney General

*s/ Brian R. Herman*
BRIAN R. HERMAN
FRANCES B. MORRIS
Senior Trial Attorneys
TARA LEWIS
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0422
(202) 305-0275 (facsimile)
Brian.Herman@usdoj.gov