# In the United States Court of Federal Claims

No. 24-397

(Filed: July 10, 2024)

* * * * * * * * * * * * * * * * * * * * * * * *

NORTHERN DYNASTY MINERALS LTD., et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, defendant's unopposed motion for an extension of time to file a response to plaintiffs' complaint (ECF No. 10) is granted. Defendant shall file a response to plaintiff's complaint on or before August 26, 2024.

                                                       s/Eric G. Bruggink
                                                       ERIC G. BRUGGINK
                                                       Senior Judge