# In the United States Court of Federal Claims

No. 24-397
(Filed: September 17, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NORTHERN DYNASTY MINERALS LTD., et al.,

      *Plaintiffs*,

v.

THE UNITED STATES,

      *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For good cause shown, defendant's unopposed motion to stay proceedings (ECF No. 12) is granted. The parties are directed to file a joint status report on or before January 6, 2025.

                      s/Eric G. Bruggink
                      ERIC G. BRUGGINK
                      Senior Judge