# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al., | Case No. 24-397L |
| Plaintiffs, | Senior Judge Eric G. Bruggink |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

## JOINT STATUS REPORT

The parties submit this joint status report in compliance with the Court's January 8, 2025 Order (ECF No. 15). Plaintiffs' related district court case is still pending. *N. Dynasty Minerals Ltd. v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska). Additionally, new leadership at the Department of Justice and Environmental Protection Agency are still getting up to speed on the case here. Accordingly, to allow the parties to further assess the progress and impact of the district court litigation, and to allow the new administration time to understand this litigation, the parties propose continuing the stay of this case. The parties propose filing another joint status report within sixty days, on or before September 5, 2025, to update the Court on the progress of the district court proceedings and propose a schedule for any further proceedings in this case, if warranted.[1]

---

[1] Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

Respectfully submitted this 7th day of July, 2025,

| | |
|---|---|
| /s/  Keith Bradley (with consent) <br> Keith Bradley, Attorney of Record <br> ScheLeese Goudy, Of Counsel <br> SQUIRE PATTON BOGGS (US) LLP <br> 717 17th Street, Suite 1825 <br> Denver, Colorado 80202 <br> (303) 830-1776 <br> (303) 894-9239 (facsimile) <br> keith.bradley@squirepb.com <br> scheleese.goudy@squirepb.com <br><br> Jeffrey M. Walker, Of Counsel <br> Katherine E. Wenner, Of Counsel <br> SQUIRE PATTON BOGGS (US) LLP <br> 2000 Huntington Center 41 South High Street <br> Columbus, Ohio 43215 <br> (614) 365-2700 <br> (614) 365-2499 (facsimile) <br> jeffrey.walker@squirepb.com <br> katherine.wenner@squirepb.com <br><br> *Attorneys for Plaintiffs* | ADAM R.F. GUSTAFSON <br> Acting Assistant Attorney General <br><br> s/ Brian R. Herman <br> BRIAN R. HERMAN <br> Senior Trial Attorney <br> United States Department of Justice <br> Environment & Natural Resources Division <br> Natural Resources Section <br> P.O. Box 7611 <br> Washington, D.C. 20044-7611 <br> (202) 305-0422 <br> (202) 305-0275 (facsimile) <br> Brian.Herman@usdoj.gov |