# In the United States Court of Federal Claims

No. 24-397

(Filed: July 8, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

NORTHERN DYNASTY MINERALS LTD., et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    The parties are directed to file a joint status report on or before September 5, 2025, and every sixty days thereafter pending further order of this court.

                                     s/Eric G. Bruggink  
                                     ERIC G. BRUGGINK  
                                     Senior Judge