# In the United States Court of Federal Claims

No. 24-397

(Filed: November 14, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

NORTHERN DYNASTY MINERALS LTD., et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

    Defendant has notified the court that Congress has restored appropriations to the Department of Justice (ECF No. 21). Defendant asks that the court extend the due date for the parties' next joint status report by 11 days to keep the schedule in this case consistent with the schedule in the indirectly related case *State of Alaska v. United States*, No. 24-396 (Fed. Cl.). Plaintiffs do not oppose this request. Accordingly, the following is ordered:

1. The stay due to the lapse in appropriations is hereby lifted.

2. The stay entered on September 17, 2024 (ECF No. 13) remains in full effect subject to further order of this court.

3. The parties shall submit a joint status report by December 1, 2025, and every sixty days thereafter pending further order of this court.

                                                s/Eric G. Bruggink
                                                ERIC G. BRUGGINK
                                                Senior Judge