## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 24-397L<br><br>Senior Judge Eric G. Bruggink |

## JOINT STATUS REPORT

The parties submit this joint status report in compliance with the Court's November 14, 2025 Order (Dkt. No. 22). Plaintiffs' related district court case is still pending. *N. Dynasty Minerals Ltd. v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska). That litigation is progressing. The parties thus do not propose further proceedings in this case to both conserve resources and be able to assess the outcome of that litigation. The parties will file another joint status report within sixty days, on or before January 30, 2026, in accordance with the Court's order.[1]

---

[1] Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

Respectfully submitted this 1st day of December, 2025,

/s/  *Keith Bradley* (with consent)
Keith Bradley, Attorney of Record
ScheLeese Goudy, Of Counsel
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, Colorado 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, Of Counsel
Katherine E. Wenner, Of Counsel
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center 41 South High Street
Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*s/ Brian R. Herman*
BRIAN R. HERMAN
Senior Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 532-3278
(202) 305-0275 (facsimile)
Brian.Herman@usdoj.gov