**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

NORTHERN DYNASTY
MINERALS LTD., ET AL.,

     *Plaintiffs*,

  v.

THE UNITED STATES OF AMERICA,

     *Defendant*.

Case No. 24-397L
Senior Judge Eric G. Bruggink

**JOINT STATUS REPORT**

The parties submit this joint status report in compliance with the Court's December 2, 2025 Order (Dkt. No. 24).[1] Plaintiffs' related district court case is still pending. *N. Dynasty Minerals Ltd. v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska). That litigation is progressing, with Northern Dynasty Minerals Ltd.'s merits reply brief due April 14, 2026. The parties here therefore do not propose further proceedings in this case to both conserve resources and be able to assess the outcome of the district court litigation. The parties will file another joint status report within sixty days, on or before May 31, 2026, in accordance with the Court's order.[2]

---

[1] The parties acknowledge that this status report was due March 31, 2026, and apologize for the late filing. The parties will further ensure all future joint status reports are timely.

[2] Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

1

April 1, 2026

Respectfully submitted,

*/s/ Keith Bradley*

KEITH BRADLEY
SCHELEESE GOUDY
717 17th Street, Suite 1825
Denver, Colorado 80202
T | (303) 830-1776
F | (303) 894-9239
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

JEFFREY M. WALKER
KATHERINE E. WENNER
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
T | (614) 365-2700
F | (614) 365-2499
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

*Counsel for Northern Dynasty Minerals Ltd.*

*/s/ Brian R. Herman* (with consent)

BRIAN R. HERMAN
Senior Trial Attorney
ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General
P.O. Box 7611
Washington, D.C. 20044-7611
T | (202) 532-3278
F | (202) 305-0275
brian.herman@usdoj.gov
*Counsel for United States*
*Department of Justice*
*Environment & Natural Resources Division*
*Natural Resources Section*