## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al., | ) ) ) | Case No. 24-397L |
| Plaintiffs, | ) ) ) | Senior Judge Eric G. Bruggink |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

### JOINT STATUS REPORT

The parties submit this joint status report in compliance with the Court's December 2, 2025 Order (Dkt. No. 24). Plaintiffs' related district court case is still pending. *N. Dynasty Minerals Ltd. v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska). That litigation is progressing, with oral argument scheduled for June 25, 2026. The parties here thus do not propose further proceedings in this case to both conserve resources and be able to assess the outcome of the district court litigation. The parties will file another joint status report within sixty days, on or before July 31, 2026, in accordance with the Court's order.[1]

---

[1] Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

Respectfully submitted this 1st day of June, 2026,

/s/  *Keith Bradley* (with consent)       ADAM R.F. GUSTAFSON
Keith Bradley, Attorney of Record       Principal Deputy Assistant Attorney General
ScheLeese Goudy, Of Counsel
SQUIRE PATTON BOGGS (US)
LLP                                      *s/ Brian R. Herman*
717 17th Street, Suite 1825
Denver, Colorado 80202                   BRIAN R. HERMAN
(303) 830-1776                           Senior Trial Attorney
(303) 894-9239 (facsimile)               United States Department of Justice
keith.bradley@squirepb.com               Environment & Natural Resources Division
scheleese.goudy@squirepb.com             Natural Resources Section
                                         P.O. Box 7611
                                         Washington, D.C. 20044-7611
Jeffrey M. Walker, Of Counsel            (202) 532-3278
Katherine E. Wenner, Of Counsel          (202) 305-0275 (facsimile)
SQUIRE PATTON BOGGS (US)                 Brian.Herman@usdoj.gov
LLP
2000 Huntington Center 41 South
High Street Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

*Attorneys for Plaintiffs*

2