# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD., et al., | ) ) ) | Case No. 24-397L |
| Plaintiffs, | ) ) | Senior Judge Eric G. Bruggink |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

The parties submit this joint status report in compliance with the Court's December 2, 2025 Order (Dkt. No. 24)[1]. Plaintiffs' related district court case is still pending. *N. Dynasty Minerals Ltd. v. U.S. Env't Prot. Agency*, No. 3:24-cv-59 (D. Alaska). In those consolidated cases, the district court held oral argument on the plaintiffs' challenges to the EPA's decision on June 25, 2026. The district court has not yet ruled. The parties here thus do not propose further proceedings in this case to both conserve resources and be able to assess the outcome of the district court litigation. The parties will file another joint status report within sixty days, on or before October 5, 2026, in accordance with the Court's order.[2]

---

[1] Sixty days from the parties' last joint status report was July 31, 2026. The parties apologize for failing to accurately calendar this deadline and for filing this status report late.

[2] Although the United States continues to support a stay of this case for the reasons above and based on the specific factual circumstances, it neither concedes that this Court has jurisdiction nor is waiving any defenses, including but not limited to a lack of jurisdiction based on 28 U.S.C. § 1500.

2

Respectfully submitted this 4th day of August, 2026,

| | |
|---|---|
| */s/  Keith Bradley* (with consent) | ADAM R.F. GUSTAFSON |
| Keith Bradley, Attorney of Record | Principal Deputy Assistant Attorney General |
| ScheLeese Goudy, Of Counsel | |
| SQUIRE PATTON BOGGS (US) LLP | *s/ Brian R. Herman* |
| 717 17th Street, Suite 1825 | |
| Denver, Colorado 80202 | BRIAN R. HERMAN |
| (303) 830-1776 | Assistant Section Chief |
| (303) 894-9239 (facsimile) | United States Department of Justice |
| keith.bradley@squirepb.com | Environment & Natural Resources Division |
| scheleese.goudy@squirepb.com | Natural Resources Section |
| | P.O. Box 7611 |
| Jeffrey M. Walker, Of Counsel | Washington, D.C. 20044-7611 |
| Katherine E. Wenner, Of Counsel | (202) 532-3278 |
| SQUIRE PATTON BOGGS (US) LLP | (202) 305-0275 (facsimile) |
| 2000 Huntington Center 41 South High | Brian.Herman@usdoj.gov |
| Street Columbus, Ohio 43215 | |
| (614) 365-2700 | |
| (614) 365-2499 (facsimile) | |
| jeffrey.walker@squirepb.com | |
| katherine.wenner@squirepb.com | |

*Attorneys for Plaintiffs*